# United States Court of Appeals
## For the First Circuit

No. 07-2197

PAUL WARREN,

Plaintiff, Appellee,

v.

UNITED PARCEL SERVICE, INC.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 7, 2008 is corrected as follows:

On page 3, line 12, replace "It" with "The court"